1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

| JOHN D. HORTON, | ) | 1:09-cv-01364 OWW GSA |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | ) ) | |
| SERVICE EMPLOYEES INTERNATIONAL UNION, | ) ) | (Document 2) |
| Defendant. | ) ) ) ) | |

11
12
13
14
15
16
17

By application filed March 5, 2009, in the Sacramento division of the United States

18 District Court for the Eastern District of California (formerly case number 2:09-cv-622 MCE

19 EFB), Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

20 Plaintiff has submitted a declaration that makes the showing required by § 1915 (a).

21 Accordingly, the request to proceed in forma pauperis IS GRANTED.  28 U.S.C. § 1915 (a).

22
23
24

IT IS SO ORDERED.

25 **Dated:   September 1, 2009**                          **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE

26
27
28